UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Case No. 11-58953

MICHAEL E. McINERNEY,                                           Chapter 11

           Debtor.                                              Judge Thomas J. Tucker
_____/

**ORDER CONDITIONALLY GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING THE EMPLOYMENT OF ACKERMAN AND ACKERMAN, PC AS SPECIAL COUNSEL FOR DEBTOR**

      This case came before the Court for a hearing on November 9, 2011, on a motion filed by Debtor entitled "Motion, Pursuant to Fed. R. Bankr. P. 2014 and LBR 9014-1, For Entry of an Order Under 11 U.S.C. §327(e) Authorizing the Employment and Retention of Ackerman and [Ackerman], PC as Special Counsel for Debtor" (Docket # 65, the "Motion"). For the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that:

1. To the extent the Motion seeks to employ Ackerman and Ackerman, PC ("Ackerman") as special counsel for the Debtor, the Motion is granted on the following condition: Debtor and Ackerman must agree to modify the Motion so that the fees to be paid to Ackerman are based solely on the pre-petition "Contingent Fee Retainer Agreement" between them,[1] and that Ackerman will not be paid any fees on any hourly-rate basis.

2. To extent the Motion seeks to employ Ackerman on any fee basis other than the contingent-fee basis described in ¶ 1 of this Order, the Motion is denied.

3. The employment of Ackerman as special counsel for Debtor will be deemed approved, on the contingency-fee basis described in ¶ 1 of this Order, if and when the Debtor files a stipulation signed by both the Debtor and Ackerman, agreeing to such employment.

**Signed on November 9, 2011**            /s/ Thomas J. Tucker
                                                                       **Thomas J. Tucker**
                                                                       **United States Bankruptcy Judge**

---

[1] As discussed during the November 9 hearing, a copy of this agreement is attached as Exhibit 1 to the objection filed by Bush Seyferth & Paige PLLC (Docket # 87).