UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                        Case No. 11-58953

MICHAEL E. McINERNEY, *pro se*,                               Chapter 11

        Debtor.                                            Judge Thomas J. Tucker
_____/

**OPINION REGARDING ATTORNEY FEES AND EXPENSES THAT DEBTOR MUST PAY UNDER THE COURT'S JULY 20, 2012 ORDER REGARDING THE BECKER PARTIES' MOTION FOR SANCTIONS**

In its July 20, 2012 order, entitled "Order Regarding the Becker Parties' Motion for Sanctions Against Debtor, [etc.]" (Docket # 305, the "Sanctions Order"), the Court ordered, among other things, the following:

    IT IS ORDERED that:

    1.    The Becker Sanctions Motion (Docket # 273) is granted to the extent of the relief provided in this Order, and otherwise is denied.

    . . .

    7.    **Debtor must pay the reasonable attorney fees and expenses that Becker has incurred in preparing, filing, and prosecuting the Becker Sanctions Motion** (the "Becker sanction amount"), under the following procedures:

        a.    No later than July 27, 2012, Becker must file and serve on Debtor an itemization of such attorney fees and expenses.

        b.    No later than August 3, 2012, Debtor must file and serve on Becker any objections that he has to the amount of fees and expenses itemized by Becker.

        c.    If Debtor does not file any timely objection to Becker's itemization, the Court may enter

              an order requiring Debtor to pay Becker the fees and expenses in the amounts in Becker's itemization.

        d.        If Debtor does file a timely objection to Becker's itemization, the Court will decide whether to set the dispute for hearing, or whether a hearing is unnecessary, in which case the Court will decide the dispute without a hearing.

        e.        When the Court enters its order setting the amount of Becker's reasonable attorney fees and expenses, the order will require Debtor to pay such amount to Becker by a specific deadline stated in such order (probably no later than 7 days after entry of the order).

        f.        The Court will not begin or hold the evidentiary hearing referred to in paragraph 2 of this Order, and will not consider confirming any Chapter 11 plan proposed by Debtor, unless and until Debtor has first paid the Becker sanction amount in full to Becker.

        g.        If Debtor does not pay the Becker sanction amount in full to Becker by the deadline set by the Court (which deadline will be set by future order,) the Court may enter an order denying confirmation of Debtor's First Amended Plan and converting this case to Chapter 7.

(Docket # 305, emphasis added; footnote omitted).

    Becker timely filed its fee and expense itemization, on July 27, 2012 (Docket # 316). Debtor timely filed objections, on August 2, 2012 (Docket # 320). The Court has reviewed these items, and concludes that a hearing is not necessary in order to determine the amount of reasonable fees and expenses to be paid by Debtor to Becker. The Court will sustain Debtors'

objections in part, and overrule them in part, to the extent discussed in this opinion.

First, the Court finds and concludes that numerous time entries in Becker's itemization are for work that is outside the scope of the July 20, 2012 sanctions order. As quoted above, that order limits the reasonable fees and expenses to be paid to Becker to those that "Becker has incurred in preparing, filing, and prosecuting the Becker Sanctions Motion." The court attaches to this opinion a marked-up copy of Becker's fee itemization, on which the Court has made certain hand-written notations. Each time entry where the Court has marked "o/s" in the right hand margin is a time entry for work that the Court finds to be outside the scope of the sanctions order. As such, the time and the fees associated with such time are disallowed.

Second, the Court finds that numerous time entries in Becker's itemization are for work by an attorney that appears to unnecessarily duplicate the work of another attorney, and/or that represents time that is excessive because two or three attorneys did the same item of work, and only one attorney was reasonably required to do the work involved. Each time entry where the Court has marked "dupl." on the attached fee itemization falls into this category, and as such, the time and the fees associated with such time are disallowed as unreasonable.

For example, while Becker was certainly free to send three attorneys to the June 26, 2012 hearing, to the extent that hearing was a hearing on the Becker Sanctions Motion, as opposed to other matters, only one attorney was reasonably required to attend the hearing and argue the Becker Sanctions Motion for Becker. And only one attorney did argue that motion at the hearing, and reasonably so. Similarly, only one attorney was reasonably required to prepare for the June 26 hearing on the Becker Sanctions Motion — the one who argued that motion at the hearing — not three.

3

After deducting the fees that the Court has disallowed for the reasons stated above, the remaining fees total $4,110.00. The Court finds this to be the reasonable amount of fees incurred by Becker in preparing, filing, and prosecuting the Becker Sanctions Motion.

The Debtor has not objected to the expenses in the Becker itemization, which total $343.34, and the Court finds that all such expenses are reasonable.

For these reasons, and for the reasons stated by the Court in its opinion filed on July 20, 2012 (Docket # 304), the Court will enter an order requiring Debtor Michael McInerney to pay to Becker attorney fees of $4,110.00 plus expenses of $343.34, for a total of $4,453.34, no later than October 18, 2012, which is 10 days after entry of the order.

**Signed on October 8, 2012**        /s/ Thomas J. Tucker
                     **Thomas J. Tucker**
                     **United States Bankruptcy Judge**

Attachment

Michael A. Stevenson
Charles D. Bullock*
Kimberly Bedigian
Ernest M. Hassan, III
Sonya N. Goll
Patrick A. Foley**
Elliot Crowder***

# STEVENSON & BULLOCK, P.L.C.
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248)354-7906
Fax: (248)354-7907

Of Counsel, Michael J. Devine
Of Counsel, Renee Sophia Coulter+

*Also licensed in Tennessee
**Also licensed in Alabama
***Also Licensed in New
York and New Jersey
+Also Licensed in Pennsylvania

Charles E. Becker, Trustee Under Trust Agreement
17000 Kerchaval Ave., Suite 200
Grosse Pointe, MI 48230

July 27, 2012

In Reference To: **Chapter 11 Case of Michael McInerney**
**Bankruptcy Case No. 11-58953**

Invoice # 15580

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | Sanctions |  |  |  |
| 6/11/2012 | PF | Formulate strategy regarding participation in debtor's examination | 0.30<br>200.00/hr | 60.00 |
|  | PF | Formulate strategy and draft email correspondences to Zousmer regarding debtor's sources of income | 1.20<br>200.00/hr | 240.00 |
|  | EC | Telephone call to Rick Roble regarding 2004 examinations of Beech and debtor | 0.10<br>200.00/hr | 20.00 |
|  | EC | Formulate strategy regarding United States Trustee's 2004 examination of debtor | 0.30<br>200.00/hr | 60.00 |
|  | EC | Receipt and review of stipulation regarding United States Trustee deposition of debtor | 0.10<br>200.00/hr | 20.00 |
|  | EC | Formulate strategy and draft e-mail correspondence to Zousmer regarding debtor's sources of income | 1.20<br>200.00/hr | 240.00 |

O/S

Charles E. Becker, Trustee Under Trust Agreement    Page    2

|   |   | Hrs/Rate | Amount |
|---|---|---|---|
| 6/12/2012 EC | Telephone call to Richard Roble regarding deposition of debtor | 0.20 200.00/hr | 40.00 |
| 6/13/2012 PF | Formulate strategy regarding deposition of the Debtor, scheduling, our participation | 0.60 200.00/hr | 120.00 |
| PF | Research and review, formulate strategy regarding issues for evidentiary hearing, conversion, questions for deposition of debtor | 1.00 200.00/hr | 200.00 |
| PF | Review and revise and formulate strategy regarding stipulation for Becker to participate in deposition of Debtor | 1.00 200.00/hr | 200.00 |
| PF | Receipt and review of stipulated order regarding 2004 examination of the Debtor | 0.20 200.00/hr | 40.00 |
| EC | Draft of and send e-mail correspondence to Zousmer and Roble regarding 2004 examination of debtor | 0.10 200.00/hr | 20.00 |
| EC | Receipt and review of e-mail correspondence from Rick Roble regarding 2004 examination of debtor | 0.10 200.00/hr | 20.00 |
| EC | Draft of stipulation and order regarding 2004 examination of debtor | 0.30 200.00/hr | 60.00 |
| EC | Draft of and send e-mail correspondence to Zousmer and Roble regarding 2004 examination of debtor | 0.10 200.00/hr | 20.00 |
| EC | Receipt and review of e-mail correspondence from Roble regarding 2004 examination of debtor | 0.10 200.00/hr | 20.00 |
| EC | Receipt and review of order regarding 2004 examination of debtor | 0.20 200.00/hr | 40.00 |
| 6/14/2012 PF | Formulate strategy regarding outstanding discovery issues | 0.80 200.00/hr | 160.00 |

o/s

Charles E. Becker, Trustee Under Trust Agreement                                                    Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/14/2012 | PF | Prepare regarding 2004 examination of debtor and conclusion of discovery, evidentiary hearings | 1.00 200.00/hr | 200.00 |
|  | PF | Evaluate and finalize regarding motions for leave to participate in examination of Debtor | 1.00 200.00/hr | 200.00 |
|  | PF | Receipt and review of orders regarding motions to participate | 0.20 200.00/hr | 40.00 |
|  | EC | Draft and file regarding ex parte motion to permit Becker to participate in 2004 Examination of debtor | 1.00 200.00/hr | 200.00 |
|  | EC | Receipt and review of orders regarding ex parte motion to permit participating in 2004 examination | 0.30 200.00/hr | 60.00 |
| 6/16/2012 | PF | Prepare regarding evidentiary hearing & 2004 exam of Debtor | 4.00 200.00/hr | 800.00 |
|  | EC | Prepare regarding evidentiary hearing and 2004 examination of debtor | 4.30 200.00/hr | 860.00 |
| 6/18/2012 | EC | Prepare regarding 2004 Examination of Debtor | 1.50 200.00/hr | 300.00 |
|  | EC | Travel to and from and attendance at 2004 Examination of Debtor | 3.00 200.00/hr | 600.00 |
|  | EC | Formulate strategy and evaluate results regarding Debtor's testimony at 2004 Examination | 0.60 200.00/hr | 120.00 |
|  | EC | Research regarding available sanctions incident to debtor's deposition testimony | 2.30 200.00/hr | 460.00 |
|  | EC | Draft of motion regarding motion for contempt and sanctions and ex parte motion to expedite | 2.40 200.00/hr | 480.00 |

6/5

Charles E. Becker, Trustee Under Trust Agreement                                    Page    4

|  |  | Hrs/Rate | Amount |  |
|---|---|---|---|---|
| 6/18/2012 PF | Prepare regarding deposition of Debtor, including receipt and review of document and exhibits, formulation of strategy and questions, and revision | 3.00 200.00/hr | 600.00 | o/s |
| PF | Travel to and from and attendance regarding deposition of Debtor | 3.00 200.00/hr | 600.00 | |
| PF | Research regarding restricting Debtor's evidence to deposition testimony | 2.30 200.00/hr | 460.00 | dupl. |
| PF | Draft of motion regarding motion for contempt & sanctions | 2.40 200.00/hr | 480.00 | |
| 6/19/2012 EC | Review and revise regarding motion for sanctions | 0.60 200.00/hr | 120.00 | |
| EC | Formulate strategy regarding motion for sanction and evidentiary hearing issues | 0.30 200.00/hr | 60.00 | |
| EC | Receipt and review of debtor's motion and ex-parte motion regarding request for adjournment of evidentiary hearing | 0.70 200.00/hr | 140.00 | o/s |
| 6/20/2012 EC | Prepare deposition transcript of Richard Austin to be used as exhibit to motion for sanctions | 0.20 200.00/hr | 40.00 | |
| EC | Receipt and review of deposition transcript of Michael McInerney from 2004 Examination | 0.40 200.00/hr | 80.00 | |
| EC | Prepare deposition transcript of Michael McInerney to be used as exhibit to motion for sanctions | 0.20 200.00/hr | 40.00 | |
| EC | Prepare certificate of service regarding exhibits to motion for sanctions | 0.20 200.00/hr | 40.00 | |
| 6/21/2012 EC | Receipt and review of order granting ex-parte motion regarding hearing on motion to sanction debtor | 0.20 200.00/hr | 40.00 | |

Charles E. Becker, Trustee Under Trust Agreement                                              Page    5

|            |     |                                                                                                                       | Hrs/Rate         | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 6/21/2012  | EC  | Draft and send correspondence to debtor regarding court order granting ex parte motion to expedite hearing            | 0.20 200.00/hr   | 40.00    |
|            | PF  | Prepare regarding hearing on motion to sanction                                                                       | 2.70 200.00/hr   | 540.00   |
| 6/25/2012  | PF  | Preparation regarding tomorrow's hearing on confirmation, motion to convert, and motion for sanctions                 | 6.00 200.00/hr   | 1,200.00 |
|            | EC  | Formulate strategy regarding e-mail correspondence from McInerney regarding new business prospects                    | 0.60 200.00/hr   | 120.00   |
|            | EC  | Formulate strategy and preparation regarding evidentiary hearing and motion for sanctions                             | 6.20 200.00/hr   | 1,240.00 |
|            | EC  | Receipt and review of e-mail correspondence from McInerney regarding business prospects                               | 0.20 200.00/hr   | 40.00    |
|            | EC  | Formulate strategy regarding McInerney potential business prospects                                                   | 0.20 200.00/hr   | 40.00    |
|            | CDB | Prepare regarding hearing on motion for sanctions                                                                     | 2.60 300.00/hr   | 780.00   |
| 6/26/2012  | PF  | Prepare regarding today's hearing on Motion for Sanctions                                                             | 1.50 200.00/hr   | 300.00   |
|            | PF  | Roundtrip commute regarding hearing on motion for sanctions                                                           | 1.00 200.00/hr   | 200.00   |
|            | PF  | Attendance at hearing on motion for sanctions                                                                         | 3.00 200.00/hr   | 600.00   |
|            | PF  | Receipt and review of debtor's objection to motion for sanctions                                                      | 0.40 200.00/hr   | 80.00    |
|            | PF  | Formulate strategy regarding additional exhibits to motion for sanctions per Court Order                              | 0.40 200.00/hr   | 80.00    |

Charles E. Becker, Trustee Under Trust Agreement                                    Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/26/2012 | PF | Evaluate results regarding hearing on motion for sanctions | 0.80 200.00/hr | 160.00 |
|  | EC | Prepare regarding evidentiary hearing and hearing on motion for sanctions | 1.50 200.00/hr | 300.00 |
|  | EC | Travel to and from hearing on motion for sanctions | 1.00 200.00/hr | 200.00 |
|  | EC | Attendance at hearing on motion for sanctions | 3.00 200.00/hr | 600.00 |
|  | EC | Receipt and review of debtor's objection to motion for sanctions | 0.40 200.00/hr | 80.00 |
|  | EC | Prepare and file additional exhibits to motion for sanctions per court order | 0.40 200.00/hr | 80.00 |
|  | EC | Evaluate results regarding hearing on motion for sanctions | 0.80 200.00/hr | 160.00 |
|  | CDB | Prepare regarding hearing on motion for sanctions | 1.50 300.00/hr | 450.00 |
|  | CDB | Travel to and from hearing on motion for sanctions | 1.00 300.00/hr | 300.00 |
|  | CDB | Attendance at hearing on motion for sanctions | 3.00 300.00/hr | 900.00 |
| 7/20/2012 | PF | Receipt and review of opinion and order on motion for sanctions | 0.20 200.00/hr | 40.00 |
|  | EC | Receipt and review of opinion and order on motion for sanctions | 0.20 200.00/hr | 40.00 |
|  | SUBTOTAL: |  | [    81.80 | 17,170.00] |
|  | For professional services rendered |  | 81.80 | $17,170.00 |

Charles E. Becker, Trustee Under Trust Agreement                                    Page    7

    Additional Charges :

|  |  | Qty/Price | Amount |
|---|---|---:|---:|
| | **Sanctions** | | |
| 6/19/2012 LDH | Copies made | 13<br>0.25 | 3.25 |
| LDH | Copies made | 13<br>0.85 | 11.05 |
| 6/20/2012 LDH | Copies made | 109<br>0.25 | 27.25 |
| LDH | Postage expense | 1<br>5.04 | 5.04 |
| 6/21/2012 LDH | Transcript fee | 1<br>271.82 | 271.82 |
| 6/22/2012 EC | Overnight mail delivery | 1<br>17.93 | 17.93 |
| 6/26/2012 LDH | Copies made | 22<br>0.25 | 5.50 |
| 6/27/2012 LDH | Postage expense | 1<br>1.50 | 1.50 |

    SUBTOTAL:                                                                     [    343.34 ]   OK

    Total costs                                                        $343.34

    Total amount of this bill                            $17,513.34

    Balance due                                                     $17,513.34