**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN THE MATTER OF:
Michael E. McInerney            Chapter 7
                                       Case No. 11-58953
           Debtor.                 Hon. Thomas J. Tucker
_____/

**REPLY IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION PURSUANT TO FED. R. BANKR. P. 9019 AUTHORIZING AND APPROVING SETTLEMENT AGREEMENT BY AND BETWEEN CHAPTER 7 TRUSTEE AND CHARLES E. BECKER, CHARLES E. BECKER, TRUSTEE UNDER TRUST AGREEMENT OF CHARLES E. BECKER DATED SEPTEMBER 16, 1997, AS AMENDED, AND BECKER VENTURES, LLC**

NOW COME Charles E. Becker, Becker Ventures, LLC, and Charles E. Becker, Trustee under Trust Agreement of Charles E. Becker Dated September 16, 1977 as Amended ("Becker"), by and through their counsel, Stevenson & Bullock, P.L.C., who, in reply in support of the Chapter 7 Trustee's Motion Pursuant to FED.R.BANKR.P. 9019 Authorizing and Approving Settlement Agreement by and between Charles E. Becker, Charles E. Becker, Trustee under Trust Agreement of Charles E. Becker Dated September 16, 1977, as Amended, and Becker Ventures, LLC [Docket No. 481] ("Motion to Approve Compromise"), and in response to the Debtor's Objection to Chapter 7 Trustee's Motion to Authorize and Approve the Settlement Agreement Compromising the Becker State Court Litigation [Docket No. 491] and Alan Ackerman and Ackerman Ackerman & Dynkowski's Objection to Chapter 7 Trustee, Gene Kohut's Settlement Motion Regarding McInerney v. Becker et al. [Docket No. 492] hereby states as follows:

1.      Becker requests that the compromise, as set forth in the Motion to Approve Compromise be approved.

                                             Respectfully submitted,
                                             **STEVENSON & BULLOCK, P.L.C.**

                                             By: /s/ Charles D. Bullock
                                             Charles D. Bullock (P55550)
                                             Counsel for Becker
                                             26100 American Drive, Ste. 500
                                             Southfield, MI 48034
                                             Phone: (248)354-7906
                                             Facsimile: (248)354-7907
                                             cbullock@sbplclaw.com

Dated: April 2, 2013